JOSEPH M. ROMAN and HERBERT CALLMAN, Respondents, v. JAMES

STEWART HERRMAN, Appellant.— Motion denied, without costs.   Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.